| FORM B1 | *Middle* United States Bankruptcy Court | Voluntary Petition |
|---------|------------------------------------------|---------------------|
|         | District of *TN*                         |                     |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| *Tackett, Tyrone   N.* | |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all):   *7810* | Last four digits of Soc. Sec.No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): *114 Secretariat Pl Hendersonville, TN. 37075* | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:  *Sumner* | County of Residence or of the Principal Place of Business:   **FEES** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address):   ( X )Oath ( )BOC   Part Pay: FF $_____   AF $_____ |
| Location of Principal Assets of Business Debtor (if different from street address above): | TS $_____ |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| [X] Individual(s) | [ ] Railroad | [ ] Chapter 7 | [X] Chapter 11 | [X] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding | | |
| [ ] Other_____ | [ ] Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| [X] Consumer/Non-Business | [ ] Business | [X] Full Filing Fee attached |

| **Chapter 11 Small Business** (Check all boxes that apply) | [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
|---|---|
| [ ] Debtor is a small business as defined in 11 U.S.C. § 101 | |
| [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

[X] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>*Tackett, Tyrone N.* |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: *Middle District of TN* | Case Number: | Date Filed:<br>*6/27/05* |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

*270-781-0535*
Telephone Number (If not represented by attorney)

*6/24/05*
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Official Form 2
6/90

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date _____ 6/24/05 _____

Signature _____

_Tyrone W. Tackett_____
(Print Name and Title)

Official Form 4
11/92

# United States Bankruptcy Court

_____Middle_____ District Of ____T N____

In re ____Tyrone N. Tinkeff,____    Case No. _____
           Debtor

                                          Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern- ment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

Date: ____6/24/05____

                      ____Tyrone N. Tinkeff____
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] [or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ____6/24/05____

                  Signature _____

                  _____Tyrone N. Tinkeff_____
                  (Print Name and Title)

Tyrone N. Tackett
114 Secretariat Place
Hendersonville, TN 37075

2005 APR 27 PM 12:51

MIDDLE DISTRICT OF TN

John A. Majors @ Morgan + Pottinger
601 West Main St.
Louisville, KY 40202

James M. Lloyd + McDaniel
Trench Plate
P.O. Box 23200
Louisville, KY 40223-0200

Medical Center/Commonwealth Financial
250 Park St
Bowling Green, KY 42101

SE Emergency Physicians/Alcoa Billing Ctr
Baptist Memorial Hospital
P.O. Box 850001
Orlando, FL 32885-1005

Frank Hampton Moore
Warren Co Water District
921 College St. - Phoenix Place
Bowling Green, KY 42102-7240

US Bank
P.O. Box 790401
St. Louis, MO 63179-0401

CGU - John E. Buffaloe, Jr
Lowenstein, Ziegler + Buffaloe
Sun Trust Bank Bldg. Ste 1300
201 Fourth Ave. North
Nashville, TN 37219

Tapan Thakur, MD
P.O. Box 1000 Dept. 78
Memphis, TN 38145-0078

2005 JUN 27 PM 12: 51

MIDDLE ... ... OF ...

Aileen Gayoso MD PLLC
P.O. Box 1,000 Dept. 311
Memphis, TN 38148-0311

Louisville + Jefferson Co. Elec. Co.
700 West Liberty St. -Legal Dept.
Louisville, KY 40203-1911

Campbell Clinic
P.O. Box 1000 Dept 500
Memphis, TN 38148

Am South Bank - Attn: Tonya
R. Grant Dobson / Martin + Miller
832 Georgia Ave. Ste 1000 Volunteer Bldg
Chattanooga, TN 37402-2289

Linda Tackett
895 Morehead Rd.
Bowling Green, KY 42101

Casey Hixon Law Firm
511 East 10th Ave
Bowling Green, KY 42101

Sarah Martin / Frontier Insur.
455 South Fourth Ave, Ste 930
Louisville, KY 40202

BMH - DESOTO (SP-AC)
Accounts Receivable Management Serv.
P.O. Box 638
Paris, TN 38242-0638

First Affinity Mortgage Corp.
1711 Destiny Lane Ste. 105
Bowling Green, KY 42104

Advantage Construction
Southern Consulting
101-B West Railroad
Dickson, TN 37055

IRS

Broderick, Thornton
c/o James M. L Loyd
P.O. Box 23200
Louisville, KY 40223-6200

National City Bank
State Street on the Square
Bowling Green, KY 42103

RLI Insurance
50 Burton St.
Nashville, TN

Louisville Water Co.
550 South Third St.
Louisville, KY 40202